# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                                          Plaintiff,

vs.

MARIA ANTONIETA RAMIREZ (1),

                                          Defendant.

Case No. 16cr1862-BAS

JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐   the Court has dismissed the case for unnecessary delay; or

☒   the Court has granted the motion of the Government for dismissal, without prejudice; or

☐   the Court has granted the motion of the defendant for a judgment of acquittal; or

☐   a jury has been waived, and the Court has found the defendant not guilty; or

☐   the jury has returned its verdict, finding the defendant not guilty;

☒   of the offense as charged in the Information:

   21:952 & 960; 18:2–Importation of Methamphetamine and Aiding and Abetting (Felony)



Dated:   9/13/2016

Hon. Nita L. Stormes
United States Magistrate  Judge